# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

LARRY LIZOTTE,

    Plaintiff,

v.

PRAXAIR, INC.,

    Defendant/Third-Party Plaintiff,

v.

PACIFIC CA SYSTEMS, INC.,

    Third-Party Defendant.

Case No. C07-1868RSL

ORDER TO SHOW CAUSE

    This matter comes before the Court *sua sponte*. On December 8, 2008, plaintiff filed his response to defendants' motion to strike the Rimkus report that, taken as a whole, exceeds 50 pages in length. (Dkt. #57). As of this date, a courtesy copy of these documents has not been provided for chambers.

    Plaintiff is hereby ORDERED to show cause why he should not be sanctioned for failure to comply with two prior orders of this Court (Dkt. ## 6, 9) requiring courtesy copies of lengthy filings for chambers. Plaintiff shall immediately deliver a paper copy of

ORDER TO SHOW CAUSE - 1

the response and all supporting documents, with tabs or other organizing aids as necessary and clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers," to the Clerk's Office. Plaintiff shall respond to this order to show cause no later than five days from the date of this Order.

DATED this 11th day of December, 2008.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE - 2